United States District Court
District of Massachusetts

```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
          v.                        )
                                    )   Criminal No.
John M. Cicilline, Joseph A.        )   07-10008-NMG
Bevilacqua, Jr., Juan Giraldo       )
and Lisa Torres,                    )
                                    )
          Defendants.
```

**MEMORANDUM & ORDER**

**GORTON, J.**

In response to a motion to compel discovery of internal
United States Attorney's Office policies the government has
submitted certain materials to this Court for in camera review.

## I. **Background**

In a Memorandum and Order entered on January 17, 2008, this
court allowed, in part, and denied, in part, the defendants'
motion to compel discovery. Specifically, it ordered the
government to produce for in camera review any written policies
that existed in 2004 governing the filing of so-called third
party substantial assistance motions. In response to that Order
the government has submitted a description of the results of its
search for such documents.

-1-

## II.   **The In Camera Submission**

The government has identified, but not produced, three documents that mention its practices with respect to third-party cooperation.  Each is purported to be an internal memorandum composed by an individual Assistant U.S. Attorney which does not set final policy.  The government asserts that these documents 1) do not constitute "written policies" falling within the purview of this Court's January 17, 2008, Order and 2) in any event, they are protected by the deliberative process privilege.

The ruling of this Court cannot be based solely upon the government's summaries.  The three documents identified in its submission shall promptly be produced for direct in camera review by this Court, whereupon this Court will determine their relevance and degree of privilege.

### ORDER

In accordance with the foregoing, the government is hereby directed to produce, on or before February 13, 2008, the three documents identified by its January 31, 2008, submission, for in camera review.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated February 8, 2008

-2-